AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas - Marshall Di

| | |
|---|---|
| S3G Technology LLC <br><br> *Plaintiff(s)* <br> v. <br> Whataburger Restaurants, LLC <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-16 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Whataburger Restaurants, LLC
by and through its Registered Agent
Corporation Service Company dba CSC-Lawyers Incorporated
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles Ainsworth
Parker Bunt & Ainsworth, PC
100 E. Ferguson, Suite 418
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/22/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

\*\* SEE ATTACHED \*\*
\*\*\* AFFIDAVIT \*\*\*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                    Reset

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:20-CV-16

Plaintiff:
**S3G TECHNOLOGY LLC**

vs.

Defendant:
**WHATABURGER RESTAURANTS, LLC**

Received these papers on the 22nd day of January, 2020 at 3:30 pm to be served on **WHATABURGER RESTAURANTS, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Tom Kroll, being duly sworn, depose and say that on the **23rd day of January, 2020 at 9:30 am, I:**

delivered to **WHATABURGER RESTAURANTS, LLC,** a true copy of this **Summons in a Civil Action together with Complaint for Patent Infringement including attached Exhibits, Report and Recommendation of the United States Magistrate Judge, Order Adopting Report and Recommendation of United States Magistrate Judge, Notice of Allowance and Fee(s) Due, and Civil Cover Sheet,** by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY,** by and through its designated agent, **SAMANTHA GUERRA,** at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas.  I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced  cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 23rd day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Tom Kroll
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2020000323
Ref: 022-0430

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

